AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kimberly Newton,

                     Plaintiff,

    V.

Michael J. Astrue,

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-02186-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for Attorney Fees and Expenses is entered in favor of Plaintiff Kimberly Newton and against Defendant Michael J. Astrue in the amount of $3,200.00 subject to the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses.

| | |
|---|---|
| December 23, 2013 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Ari Caytuero |
| | (By) Deputy Clerk |